594

798 A.2d 1273

Michael G. LEVINE

v.

WORKERS' COMPENSATION APPEAL BOARD (NEWELL CORP. AND TRAVELERS INSURANCE CO.),

Petition of Newell Corp. and Travelers Insurance Co.

Supreme Court of Pennsylvania.

June 10, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of June, 2002, the Petition for Allowance of Appeal is granted and the case is remanded to the Workers' Compensation Judge to consider whether Claimant's claim petition was timely filed based on this Court's decision in *Schreffler v. WCAB (Kocher Coal Company)*, 567 Pa.527, 788 A.2d 963 (2002).

798 A.2d 1274

Charles MARTIN, Petitioner,

v.

WORKERS' COMPENSATION APPEAL BOARD (ALL–AMERICAN PLAZAS), Respondent.

Supreme Court of Pennsylvania.

June 10, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of June, 2002, the Petition for Allowance of Appeal is granted and the case is remanded to the Workers' Compensation Judge to consider whether Claimant's claim petition was timely filed based on this Court's decision in *Schreffler v. WCAB (Kocher Coal Company),* 567 Pa.527, 788 A.2d 963 (2002).

798 A.2d 1274

**Warren BATTLE, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

**No. 45 MAP 2002.**

Supreme Court of Pennsylvania.

June 13, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of June, 2002, the Amended Add On to the Original Appeal Action, treated as an Application to Amend Appeal Notice, is granted. Probable jurisdiction is noted and the order appealed is affirmed.